UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHARMARIE ROCKY,

        Plaintiff,

v.

COLUMBIA LAWNWOOD
REGIONAL MEDICAL CENTER and
FLORIDA COMMUNITY HEALTH
CARE CENTERS, INC.,

        Defendants.

Case No. 98-8220-CIV-ZLOCH

Magistrate Judge Seltzer

**PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR RELIEF PURSUANT TO FED. R. CIV. P. 56(f) AND INCORPORATED MEMORANDUM**

**JURY DEMANDED**

    NOW INTO COURT, through undersigned counsel comes plaintiff in opposition to *Defendants' Motion for Summary Judgment*. Plaintiff requests, pursuant to Fed. R. Civ. P. 56(f), that the Court refuse the defendants' application for summary judgment and order a continuance to permit affidavits to be obtained, depositions to be taken, and discovery to be had.

<u>MEMORANDUM IN SUPPORT</u>

    Defendants have moved for summary judgment. However, plaintiff is unable at this juncture to present by affidavit facts essential to justify plaintiff's opposition to summary judgment.

1

More particularly, plaintiff has not at this juncture taken the necessary depositions which she will need in order to present her opposition to summary judgment. Plaintiff fully plans to do so within the discovery schedule set by the court, and would suggest that it is in the interest of justice to allow her to complete these depositions so that she can properly respond to the summary judgement application.

The Court has set March 12, 1999, as the discovery cut off date. Although plaintiff has completed all of the written discovery she plans to do in this case, she has not been able to schedule and complete the necessary witness depositions. Plaintiff has not been intentionally dilatory in taking these depositions; rather, due to serious financial difficulties which unexpectedly arose due to family and medical emergencies, plaintiff has not been able to afford the costs necessary to complete these depositions. However, she plans to do so within the discovery schedule set by the Court.

In the present case, plaintiff should be given an opportunity to complete the necessary discovery and to submit facts in support of her case.

## CONCLUSION

Plaintiff prays that she be allowed to complete this discovery before being further required to respond to defendant's motion.

Plaintiff is attaching an affidavit attesting to the need for further discovery and a proposed order.

Respectfully submitted,

_____
Robert Anthony Bogdan
Florida Bar No. 0040606
Attorney at Law
410 S.E. 1st Terrace
Pompano Beach, FL 33060-7108
Tel.   (954) 784-9788
Fax   (354) 784-9528
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have this January 1, 1999, served a copy of the foregoing and the proposed order upon opposing counsel, first class postage prepaid, by mailing to: Rachel Alters, Esq., McGrane & Nosich, P.A., 2801 Ponce de Leon Blvd., Twelfth Floor, Coral Gables, FL 33134 and Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Wiener, Kornfeld & Del Russo, P.A., 1400 Centrepark Blvd., Ste. 1000, West Palm Beach, FL 33401.

_____
Robert Anthony Bogdan